# Exhibit A

EEOC RECEIVED: March 17, 2026

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s): 440-2026-05550

Illinois Department of Human Rights and EEOC

*State or local Agency, if any*

| Name (*indicate Mr., Ms., Mrs., Mx.*) | Home Phone (*Incl. Area Code*) | Date of Birth |
|---|---|---|
| Ms. India Miller | [redacted] | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| [redacted] | | |
| c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, | Lombard, IL 60148 | (employment@sulaimanlaw.com) |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (*Include Area Code*) |
|---|---|---|
| Bally's Corporation | 15+ | (872) 328-2624 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 600 N Wabash Ave | Chicago, IL 60611-2714 | tsmith@ballyschicago.com |

| Name | No. Employees, Members | Phone No. (*Include Area Code*) |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☑ RETALIATION ☐ AGE ☑ DISABILITY ☐ GENETIC INFORMATION
☑ OTHER (*Specify below.*)

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 11/27/2025 Latest: 03/11/2026

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I, India Miller (disabled), was employed by Bally's Corporation as a Table Game Dealer from in or around March 2025, until on or about March 11, 2026, when I was constructively discharged on the basis of my disability. I have a physical and/or mental impairment that substantially limits one or more major life activities. At all relevant times, I was qualified to perform the essential functions of my position, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, harassment, and retaliation I was subjected to:

I was employed as a table games dealer for the Respondent. My job primarily consisted of sitting while dealing cards during my shift.

In or around August 2025, I broke my left ankle in an incident that was not work-related. I immediately underwent surgery. After surgery, my ankle was wrapped for approximately two weeks, after which I was placed in a medical walking boot during my recovery.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

03 / 17 / 2026 — India Miller

Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|
| Illinois Department of Human Rights<br>*State or local Agency, if any* | and EEOC | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I remained off work from August 2025 until November 2025 while recovering. On or about November 19, 2025, my physical therapist cleared me to return to work with the following restrictions: continued use of a walking boot; access to an elevator; and the ability to take seated breaks every 20 minutes or as needed.

My job as a table games dealer already involved sitting for the majority of my shift, so I was capable of performing my job duties with these restrictions.

I was scheduled to return to work on or about November 27, 2025, and I reported to work as scheduled. Initially, my director approached me about the boot but did not appear concerned. Later, however, my director and Human Resources informed me that the boot would not be allowed on the gaming floor. Alex from HR acknowledged that I had previously been cleared to return to work and that the employer knew I would be returning while wearing the boot. Still, I was informed that I could not return to work unless I had no restrictions and was no longer wearing the boot. Because of this decision, I was unable to resume my position.

At the time, I continued to require the boot during my recovery. I informed the employer that I could still perform my job duties because the position involved sitting most of the time, and my restrictions did not prevent me from performing the essential functions of the job.

Despite my requests, the employer did not offer any reasonable accommodation and did not engage in any meaningful discussion with me regarding possible accommodations. The employer also did not offer reassignment to any available alternative positions. Notably, there were several positions within the casino that involved working behind a glass window or counter, which I believe I could have performed with my medical restrictions, but no such positions were offered to me.

I am also aware that other employees have been permitted to work with similar mobility aids. My mother, who was previously employed at the casino, informed me that another employee had previously been accommodated while using a leg brace and a scooter. Additionally, shortly before my resignation, I posted a farewell message on the casino's Facebook page. Two coworkers responded stating that they had observed employees working with similar conditions. One coworker, Ben, stated that he had walked around the casino wearing a boot for several weeks without issue. Another coworker, Kasha, referenced another employee who had worked while wearing a leg brace.

Because the employer refused to allow me to work while wearing the boot and refused to provide any accommodation or alternative work, I was unable to continue my employment. As a result, I was forced to resign on or about March 11, 2026.

My employer effectively denied my request for reasonable accommodation and failed to engage with me in an interactive process to determine the appropriate accommodation as required by the ADA. Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775 ILCS 5/) Illinois Human Rights Act.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br>03 / 17 / 2026 — *Date*<br>India Miller — *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |